## No. 510

No. 18925—State ex rel Gettles v. Gillen. In Quo Warranto.

865. OFFICE AND OFFICERS—Where mayor of municipality is elected to General Assembly, discharging duties of both offices, office of mayor not forfeited.

MARSHALL, C. J.

A mayor of a municipality who is elected to membership in the General Assembly, and qualifies and discharges the duties of such office, but nevertheless continues to serve as mayor and to discharge the duties of that office, does not by virtue of Section 4 of Article 2 of the Constitution forfeit the office of mayor. The ineligibility relates to membership in the General Assembly.

Petition dismissed.

Matthias, Allen and Robinson, JJ., concur. Jones, J., not participating.

## No. 511

No. 18512—The State, ex rel. Caroline Davidson v. Industrial Comission. In Mandamus.

631. INDUSTRIAL COMMISSION — Has no jurisdiction to re-hear application for compensation after appeal to first ruling has been taken to common pleas court and heard.

ROBINSON, J.

1. There is no duty specially enjoined by law on the Industrial Commission to rehear an application for compensation after an appeal, from its adverse ruling, to the court of common pleas has been prosecuted and heard.

2. The Industrial Commission has no jurisdiction over applications for compensation that have been appealed to the court of common pleas, while such appeal is pending, and no jurisdiction after judgment, except to carry the judgment into execution.

Demurrer sustained.

Jones, Matthias and Kinkade, JJ., concur.